IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JAMES THOMAS AND JANIE THOMAS  *Plaintiffs*, | § § § § |
| v. | § CIVIL ACTION NO. 6:22-cv-00055 § |
| SAFECO INSURANCE, FERNANDO MOURA, AND JERRY BINYON  *Defendants*. | § § § § |

**NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. §§ 1332 and 1441(b) (DIVERSITY)**

TO THE HONORABLE JUDGE:

Defendants Safeco Insurance Company of Indiana, mis-named as Safeco Insurance, Fernando Moura, and Jerry Binyon ("Defendants"), hereby petition this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 for removal, on the basis of diversity jurisdiction, to the United States District Court for the Northern District of Texas, San Angelo Division, of the action styled *James Thomas and Janie Thomas v. Safeco Insurance, Fernando Moura and Jerry Binyon*; Cause No. B220322C, currently pending in the Judicial District Court of Tom Green County, Texas (the "State Court Case"), and in support thereof would respectfully show this Court as follows:

**I.**
**FACTS**

1.  Plaintiffs filed suit in the State Court Case on September 8, 2022, as the result of a dispute regarding a claim made under their homeowner's insurance policy. Plaintiffs allege that Defendants "breached the terms of the contract by wrongfully denying and/or underpaying the claim" which caused Plaintiffs damages. Plaintiffs' Original Petition (the "Petition") at ¶ 14.

Defendant Safeco Insurance Company of Indiana's registered agent for service of process reports that they were served with the Petition and citation on September 19, 2022, though Plaintiffs' return of service claims that Safeco Insurance was personally served on September 15, 2022. Defendant Moura was served on September 29, 2022 and Defendant Binyon was served on September 22, 2022. Defendants timely filed their Original Answer on October 10, 2022 and generally denied Plaintiffs' claims. A true and correct copy of all pleadings, process, orders and correspondence served in this action is attached hereto as Exhibit "A" and incorporated herein by reference.

2. Plaintiffs allege that Defendants breached the insurance contract, violated various provisions of the Texas Insurance Code, and breached the duty of good faith and fair dealing in connection with the handling of their May 21, 2020 storm claim.

3. In accordance with standard Texas practice, Plaintiffs' Petition fails to specifically state the total amount of damages sought in this action, only generally alleging that they seek monetary relief over $250,000 but not more than $1,000,000. Petition, at ¶ 6. Accordingly, Plaintiffs seek damages in excess of $75,000.00 exclusive of interest and costs. 4.

4. Complete diversity exists between the Plaintiffs and Defendants as of the date of this filing. Plaintiffs are citizens and residents of the State of Texas. Petition at ¶ 1. Defendant Safeco Insurance Company of Indiana is an insurance company incorporated in Indiana with its principal place of business in Massachusetts. Fernando Moura is a citizen of the State of Florida. Jerry Binyon is a citizen of the State of Texas, but Safeco has elected to adopt any liability that Binyon and Moura may have to the Plaintiffs pursuant to Section 542A.006 of the Texas Insurance Code. See Correspondence to Attorney Andrew Woellner, dated October 6, 2022, and attached hereto as Exhibit "E". Accordingly, Binyon is improperly joined and must be dismissed

from this action. See *Advanced Indicator & Mfg., Inc. v. Acadia Ins. Co.*, 50 F.4th 469 (5th Cir. 2022).

  4. Plaintiff did make a jury demand in the State Court case.

  5. This is a civil action which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1332(a) in that it is between citizens of different states; it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs; and none of the properly joined Defendants is a citizen of the State of Texas.

## II.
## PROCEDURAL REQUIREMENTS

. 7. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

  8 Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the District Clerk of Tom Green County, Texas promptly after the filing of this Notice.

  9. Attached hereto and incorporated herein, are the following items:

    Exhibit A: A true and correct copy of all pleadings, process, and orders served in this action.

    Exhibit B: State Court docket sheet.

    Exhibit C: List of all counsel of record.

    Exhibit D: Index of all documents filed with the Court.

    Exhibit E: Correspondence to Andrew Woellner

WHEREFORE, PREMISES CONSIDERED, Defendants request that this action be removed from the Judicial District Court of Tom Green County, Texas to the United States District Court for the Northern District of Texas, San Angelo Division, and that this Court enter

such further orders as may be necessary and appropriate.

>Respectfully submitted,
>
>**HANNA & PLAUT, L.L.P.**
>211 East Seventh Street, Suite 600
>Austin, Texas 78701
>Telephone:   (512) 472-7700
>Facsimile:   (512) 472-0205
>
>By: __/s/ Catherine L. Hanna_____
>  Catherine L. Hanna State Bar
>  No. 08918280
>  channa@hannaplaut.com
>  Derick W. Lancaster
>  State Bar No. 024099877
>  dlancaster@hannaplaut.com
>
>**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered by e-service on this 17th day of October 2022 to:

Jake Rogiers – jrogiers@stormlex.com
Tyler Wilson – wilson@stormlex.com
Flores & Pelaez-Prada, PLLC
3522 Paesanos Parkway, Suite 301
San Antonio, Texas 78231
mflores@stormlex.com

*Attorneys for Plaintiff*

>  __/s/ Catherine L. Hanna_____
>  Catherine L. Hanna